**Calvin ROBINSON–BEY, Plaintiff–Appellant,**

**and**

**John Martin, Plaintiff,**

**v.**

**Thomas R. CORCORAN, Warden; William Smith; Major Rollins; John Doe, Correctional Officer at the Maryland House of Correction Annex, in their individual and official capacities; Jack Kavanaugh, Assistant Commissioner; A. Dennis, Case Management, Defendants–Appellees.**

**No. 00–7317.**

United States Court of Appeals, Fourth Circuit.

Submitted March 22, 2001.

Decided March 28, 2001.

Calvin Robinson Bey, pro se. Angela Michelle Eaves, Assistant Attorney General, Baltimore, MD, for appellees.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Calvin Robinson–Bey appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Robinson–Bey v. Corcoran,* No. CA–99–1640–AMD (D.Md. filed Aug. 21, 2000, entered Aug. 22, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*